FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Gia The Vuong

**BANKRUPTCY NO.** 8:10–bk–26310–RK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–2714
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 12/17/10

**Address:**
5660 Coventry Cir
Buena Park, CA 90621

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: December 17, 2010

BY THE COURT,
**Robert N. Kwan**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**11 / MCA**